IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No.  09-cv-01869-MSK-BNB

JESUS VARGAS,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

## UNOPPOSED MOTION FOR STIPULATED PROTECTIVE ORDER

---

COMES NOW, Defendant United States of America, by and through the United States Attorney for the District of Colorado, and pursuant to Fed. R. Civ. P. 26(c), moves for the entry of a protective order, and states as follows:

1.  Plaintiff filed this civil action pursuant to the Federal Torts Claims Act, 28 U.S.C. §§ 2671-80.

2.  The case involves a vehicle accident between a United States Postal Service semi-truck and Plaintiff's panel truck.

3.  Plaintiff's First Set of Request for Documents pursuant to Fed. R. Civ. P. 34, requests that Defendant produce documents that are protected from disclosure pursuant to the Privacy Act, 5 U.S.C. § 552a, and the Health Insurance Portability and Accountability Act, 42 U.S.C. §§ 1320d et seq., including employment

records, medical records, alcohol and drug tests, social security numbers, and records of persons not parties to this civil action.

4.  In response, Defendant objected to disclosing these documents, asserting that disclosure of the records without a court order could be a violation of the Privacy Act "No Disclosure Without Consent Rule, 5 U.S.C. § 552a(b).

5.  In addition, future discovery may request the production of medical records related to Plaintiff and to other persons.

6.  In an effort to resolve this discovery dispute and pursuant to *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382 (D. Colo. 2000), the parties submit the attached Stipulated Protective Order.

7.  Pursuant to D.C.COLO.LCivR 7.1A, the undersigned attorney has conferred concerning the within motion with Plaintiff's counsel Steven G. Greenlee, Esq. Mr. Greenlee consents to the entry of the Stipulated Protective Order.

WHEREFORE, Defendant United States requests the Court enter the Stipulated Protective Order submitted herewith.

Dated: March 3, 2010.

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney


s/Stephen D. Taylor
STEPHEN D. TAYLOR
Assistant U.S. Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202

Telephone: (303) 454-0100
Fax:        (303)454-0408
E-mail:     stephen.taylor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2010, I electronically filed the foregoing with the

Clerk of Court using the ECF system which will send notification of such filing to the

following e-mail addresses:

Holly Baer Kammerer, Esq.          HKammerer@burgsimpson.com

Michael S. Burg, Esq.              mburg@burgsimpson.com

Steven G. Greenless, Esq.          sgreenlee@burgsimpson.com


                                   s/Stephen D. Taylor
                                   STEPHEN D. TAYLOR