IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01869-MSK-BNB

JESUS VARGAS,

Plaintiff,

and

SAFECO INS. GROUP OF COMPANIES/AMERICAN STATES INS. CO. AND FIRST INS. CO. OF AMERICA,

Plaintiff-Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter arises on **Safeco Insurance Group of Companies/American States Insurance Company and First Insurance Company of America's Motion to Intervene Pursuant to Fed. R. Civ. P. 24(a) and 24(b)** [Doc. # 31, filed 3/31/2010] (the "Motion"), which is unopposed.

IT IS ORDERED that the Motion [Doc. # 31] is GRANTED. The Clerk of the Court is directed to accept for filing Safeco Insurance Group of Companies/American States Insurance Company and First Insurance Company of America's Complaint in Intervention [Doc. # 31-1].

IT IS FURTHER ORDERED that the case caption is modified as indicated above.

IT IS FURTHER ORDERED that the hearing on the Motion set for April 26, 2010, at 1:30 p.m., is VACATED.

Dated April 22, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge