IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01869-MSK-BNB

JESUS VARGAS,

Plaintiff,

and

SAFECO INS. GROUP OF COMPANIES/AMERICAN STATES INS. CO. AND FIRST INS. CO. OF AMERICA,

Plaintiff-Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 45, filed July 2, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 30, 2010**.

DATED: July 6, 2010